Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BEVERAGES & MORE, INC. dba BEVMO; THE SHOPS AT SLATTEN RANCH L.P.;<br><br>    Defendants. | No. 4:17-cv-05132-HSG<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; ORDER** |

STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; ORDER

Page 1

1    Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Beverages & More, Inc. dba BevMo; and The Shops at Slatten Ranch L.P. ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before December 15, 2017 (Dkt. 4).

3. The Parties are engaging in settlement discussions and wish to avoid incurring additional attorney's fees and costs incident to attending the joint site inspection while settlement efforts are being exhausted.

4. The Parties have agreed to conduct the joint site inspection on January 24, 2018 at 1:30 p.m. unless a settlement is reached prior to that date.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to January 24, 2018.

**IT IS SO STIPULATED.**

Dated: November 30, 2017        MISSION LAW FIRM, A.P.C.

                                */s/ Zachary M. Best*
                                Zachary M. Best
                                Attorney for Plaintiff,
                                Francisca Moralez

///

| | | |
|---|---|---|
| Dated: November 30, 2017 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |

*/s/ Michael J. Chilleen*
Gregory F. Hurley
Michael J. Chilleen
Attorneys for Defendant,
Beverages & More, Inc. dba BevMo

Dated: December 4, 2017                TRAINOR FAIRBROOK

*/s/ Daniel M. Steinberg*
Daniel M. Steinberg
Attorneys for Defendant,
The Shops at Slatten Ranch L.P.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff
Francisca Moralez

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to January 24, 2018, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: 12/4/2017                    _/s/ Haywood S. Gilliam Jr._
                                     United States District Judge

STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; ORDER