1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone: (408) 298-2000
   Facsimile:  (408) 298-6046
4  E-mail: service@mission.legal

5  Attorneys for Plaintiff
   Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No.  4:17-cv-05132-HSG |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CASE MANAGEMENT CONFERENCE UNDER GENERAL ORDER 56 AND LOCAL RULE 7-11** |
| vs. | |
| BEVERAGES & MORE, INC. dba BEVMO, et al., | |
| Defendants. | |

Plaintiff, Francisca Moralez ("Plaintiff"), reports that mediation in this matter took place on May 30, 2018. A Certification of ADR Session was filed on May 31, 2018 stating that the ADR process was complete and that the matter had not settled (Dkt. 21).

Therefore, pursuant to General Order 56, Paragraph 8, and Local Rule 7-11, Plaintiff requests that the Court set a Case Management Conference in this matter.

Dated:  May 31, 2018                           MISSION LAW FIRM, A.P.C.


                                               */s/ Zachary M. Best*
                                               Zachary M. Best
                                               Attorneys for Plaintiff
                                               Francisca Moralez

**ORDER**

Upon motion of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that a Case Management Conference in this matter is set for _____June 19__, 2018, at 2:00 p.m., in Courtroom 2 located at 1301 Clay Street in Oakland, California, before the Honorable Haywood S. Gilliam, Jr. The Parties shall file their Joint Case Management Conference Statement no later than seven (7) days prior to the conference pursuant to, and in compliance with, Local Rule 16-9.

**IT IS SO ORDERED.**

Dated: 6/1/2018

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE