UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,,<br><br>Plaintiff,<br><br>v.<br><br>BEVERAGES & MORE, INC. dba BEVMO; THE SHOPS AT SLATTEN RANCH L.P.,<br><br>Defendants. | Case No. 4:17-cv-05132-HSG<br>Honorable William S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANT BEVERAGES & MORE, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: June 19, 2018<br>Time: 2:00 p.m.<br>Place Courtroom 2, 4th Floor<br><br>Action Filed: September 1, 2017<br>Trial Date: None Set |

1       The Court is in receipt of Defendant Beverages and More, Inc.'s ("Defendant") request for leave to appear by telephone at the Case Management Conference currently set for June 19, 2018 at 2:00 p.m., in Courtroom 2, 4th Floor, United States District Court of Northern California, located at 1301 Clay Street, Oakland, California.

      The Court hereby grants Defendant's'Request for Leave to Appear by Telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: June 7, 2018

_____
Honorable Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT