Zachary M. Best, SBN 166035
Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> BEVERAGES & MORE, INC. dba BEVMO; THE SHOPS AT SLATTEN RANCH L.P.; <br><br> Defendants. | No. 4:17-cv-05132-HSG <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

**WHEREAS**, Plaintiff Francisca Moralez ("Plaintiff") and Defendants Beverages & More, Inc. ("Defendant," and together with Plaintiff, "the Parties") hereby submit this Stipulation and [Proposed] Order as follows:

**WHEREAS**, a Case Management Conference is set in this matter for June 19, 2018, and a Case Management Statement ("CMC Statement") is therefore due on June 12, 2018;

**WHERAS,** Plaintiff's counsel, Zachary M. Best, has trial scheduled for an unrelated matter in Judge Jacqueline Scott Corley's department on June 19, 2018. Thus, Plaintiff's counsel is not able to appear in person, or by CourtCall, at the Case Management Conference;

1     **WHEREAS**, the Parties have agreed to continue the Case Management Conference;

2     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that the Case Management Conference be continued to a date after June 19, 2018 at the Court's convenience.

Dated: June 12, 2018              MISSION LAW FIRM, A.P.C.

                                           */s/ Zachary M. Best*
                                           Zachary M. Best
                                             Attorney for Plaintiff,
                                             Francisca Moralez

Dated: June 12, 2018              SHEPPARD MULLIN RICHTER
                                             & HAMPTON LLP

                                             */s/ Michael J. Chilleen*
                                             Gregory F. Hurley
                                             Michael J. Chilleen
                                             Attorneys for Defendant,
                                             Beverages & More, Inc. dba BevMo

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                               */s/ Zachary M. Best*
                                             Zachary M. Best
                                             Attorneys for Plaintiff,
                                             Francisca Moralez

*///*

*///*

*///*

*///*

*///*

*///*

**ORDER**

The Parties having so stipulated,

**IT IS HEREBY ORDERED** that the Case Management Conference currently set for June 19, 2018 be continued to ____June 26__, 2018 at 2:00 p.m., in the Federal Courthouse located at 1301 Clay Street, Oakland, California in Courtroom 2 before United States District Judge Haywood S. Gilliam, Jr. A Joint Case Management Statement complying with the Court's standing order must be filed no later than seven (7) days prior to the conference.

**IT IS SO ORDERED**.

Dated: ____June 13, 2018____

_____
United States District Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER