1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,,<br><br>Plaintiff,<br><br>v.<br><br>BEVERAGES & MORE, INC. dba BEVMO; THE SHOPS AT SLATTEN RANCH L.P.,<br><br>Defendants. | Case No. 4:17-cv-05132-HSG<br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANT BEVERAGES & MORE, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: June 26, 2018<br>Time: 2:00 p.m.<br>Place Courtroom 2, 4th Floor<br><br>Action Filed: September 1, 2017<br>Trial Date: None Set |

20
21
22
23
24
25
26
27
28

1   The Court is in receipt of Defendant Beverages and More, Inc.'s
2  ("Defendant") request for leave to appear by telephone at the Case Management
3  Conference currently set for June 26, 2018 at 2:00 p.m., in Courtroom 2, 4th Floor,
4  United States District Court of Northern California, located at 1301 Clay Street,
5  Oakland, California.
6   The Court hereby grants Defendant's' Request for Leave to Appear by
7  Telephone. Counsel shall contact CourtCall at (866) 582-6878 to make
8  arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED:  June 19, 2018

_Haywood S. Gilliam Jr._
Honorable Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT