Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BEVERAGES & MORE, INC. dba BEVMO, et al.,<br><br>    Defendants. | Case No. 4:17-cv-05132-HSG<br><br>**PLAINTIFF FRANCISCA MORALEZ'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date: June 26, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>District Judge Haywood S. Gilliam, Jr. |

    WHEREAS, a Case Management Conference in this matter is set for June 26, 2018 at 2:00 p.m. before District Judge Haywood S. Gilliam, Jr.;

    WHEREAS, Plaintiff Francisca Moralez's ("Plaintiff") counsel, Zachary M. Best, wishes to avoid the expenditure of fees and costs incident to in-person attendance at the Case Management Conference. Notably, counsel for Plaintiff is based in the Sierra Nevada Foothills and would incur fees and costs to travel 145 miles one-way (290 round-trip) driving three hours

(minimum) each way to get to the Court to attend in-person. Plaintiff's counsel is able and willing to appear telephonically;

WHEREAS, Plaintiff's counsel will make arrangements to appear by CourtCall for the Case Management Conference;

NOW, THEREFORE, request is hereby made that Plaintiff's counsel be permitted to appear telephonically by CourtCall at the Case Management Conference.

Respectfully submitted,

Dated: June 19, 2018                    MISSION LAW FIRM, A.P.C.

                                                    */s/ Zachary M. Best*
                                                  Zachary M. Best
                                                  Attorney for Plaintiff,
                                                  Francisca Moralez

## **ORDER**

Request having been made by Plaintiff to appear telephonically at the Case Management Conference and good cause appearing;

**IT IS HEREBY ORDERED** that counsel for Plaintiff, Zachary M. Best, shall appear telephonically at the Case Management Conference. Plaintiff's counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: June 20, 2018                    *[signature]*
                                                  United States District Judge