Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff,
Francisca Moralez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 4:17-cv-05132-HSG |
| Plaintiff, | **STIPULATION TO EXTEND FACT DISCOVERY DEADLINE; ORDER** |
| vs. | |
| BEVERAGES & MORE, INC. dba BEVMO, et al., | |
| Defendants. | |

Plaintiff, Francisca Moralez ("Plaintiff"), noticed the deposition of Defendant Beverages & More, Inc. ("Defendant")'s Person Most Knowledgeable ("PMK") for November 7, 2018. On November 1, 2018, Defendant filed a request to stay this matter (Dkt. 41). On November 2, 2018, Defendant objected to the deposition notice of its PMK because its stay request was pending before this Court and the deponent was not available on the chosen date. The Court has yet to rule on the stay request.

Additionally, the parties have met and conferred regarding Defendant's responses to Plaintiff's Request for Production of Documents. Defendant has agreed to produce documents, however, due to the Thanksgiving holiday, Defendant cannot assemble the documents to be

produced prior to the discovery deadline, which is November 23, 2018. Therefore, in order for the parties to finish discovery in this matter, they request to move the fact discovery deadline up to, and including December 13, 2018. **The parties are not seeking to alter any other date in the Court's Scheduling Order.**

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant (collectively, the "Parties"), the only parties remaining in this action, through their respective attorneys of record, that the Parties can conduct fact discovery up to, and including December 13, 2018. Defendant shall provide a corporate representative for the PMK deposition on December 13, 2018. Defendant will also either provide documents that it agreed to produce in response to Plaintiff's Request for Production of Documents to Plaintiff, or make them available for copying by Plaintiff, by December 10, 2018.

Dated: November 20, 2018         MISSION LAW FIRM, A.P.C.

                                 */s/ Zachary M. Best*
                                 Zachary M. Best
                                 Attorneys for Plaintiff,
                                 Francisca Moralez

Dated: November 20, 2018         SHEPPARD, MULLIN, RICHTER
                                 & HAMPTON LLP

                                 */s/ Michael J. Chilleen*
                                 Gregory F. Hurley
                                 Michael J. Chilleen
                                 Attorneys for Defendant,
                                 Beverages & More, Inc.

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                 */s/ Zachary M. Best*
                                 Zachary M. Best
                                 Attorneys for Plaintiff

-2-
SMRH:488464266.1

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the fact discovery deadline in this matter is extended up to and including December 13, 2018.

**IT IS FURTHER ORDERED** that Defendant shall provide a corporate representative for the PMK deposition on December 13, 2018.

**IT IS FURTHER ORDERED** that Defendant will also either provide documents that it agreed to produce in response to Plaintiff's Request for Production of Documents to Plaintiff, or make them available for copying by Plaintiff, by December 10, 2018.

**IT IS SO ORDERED**.

Dated: November 21, 2018

*Haywood S. Gill, Jr.*
United States District Judge

SMRH:488464266.1