# UNITED STATES DISTRICT COURT

<u>   NORTHERN   </u> **District of** <u>   CALIFORNIA   </u>

FRANCISCA MORALEZ  
             Plaintiff (s),  
V.  
BEVERAGES & MORE, INC., et al.  
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** <u>4:17-cv-05132-HSG</u>

Notice is hereby given that, subject to approval by the court, <u>Plaintiff, Francisca Moralez</u> substitutes  
(Party (s) Name)

<u>Zachary M. Best (Moore Law Firm, P.C.)</u>, State Bar No. <u>166035</u> as counsel of record in  
(Name of New Attorney)

place of <u>Zachary M. Best (Mission Law Firm, A.P.C.)</u>.  
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Moore Law Firm, P.C.  
    Address:     332 North Second Street, San Jose, CA 95112  
    Telephone:     (408) 298-2000     Facsimile     (408) 298-6046  
    E-Mail (Optional):     service@mission.legal

I consent to the above substitution.  
Date:     11/21/18      *Francisca Moralez*  
                                      Francisca Moralez (Nov 21, 2018)  
                                      (Signature of Party (s))

I consent to being substituted.  
Date:     11/21/2018      */s/ Zachary M. Best*  
                                      (Signature of Former Attorney (s))

I consent to the above substitution.  
Date:     11/21/2018      */s/ Zachary M. Best*  
                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     11/26/2018      *Haywood S. Gill Jr.*  
                                      Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**