UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BEVERAGES & MORE, INC. dba BEVMO; THE SHOPS AT SLATTEN RANCH L.P.,<br><br>    Defendants. | Case No. 4:17-cv-05132-LB<br>Honorable William S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANT BEVERAGES & MORE, INC.'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:      March 20, 2018<br>Time:     2:00 p.m.<br>Place     Courtroom 2, 4th Floor<br><br>Action Filed:  September 1, 2017<br>Trial Date:    None Set |

The Court is in receipt of Defendant Beverages and More, Inc.'s ("Defendant") request for leave to appear by telephone at the Further Case Management Conference currently set for March 20, 2018 at 2:00 p.m., in Courtroom 2, 4th Floor, United States District Court of Northern California, located at 1301 Clay Street, Oakland, California.

The Court hereby grants Defendant's Request for Leave to Appear by Telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: March 14, 2019

_____
Honorable Judge Haywood S. Gilham, Jr.
UNITED STATES DISTRICT COURT