Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 4:17-cv-05132-HSG |
| Plaintiff, | **PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE; ORDER** |
| vs. | |
| BEVERAGES & MORE, INC. dba BEVMO, et al., | Date: March 20, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |

On March 13, 2019, the Court set a Further Case Management Conference in this matter for March 20, 2019 at 2:00 p.m. (Dkt. 66.)

As detailed in the parties' March 11, 2019 stipulation to continue the trial date (Dkt. 64), Zachary M. Best, counsel for Plaintiff, Francisca Moralez's ("Plaintiff"), works remotely for the Moore Law Firm, P.C. from an office in Grass Valley, California. Mr. Best is currently suffering from a medical condition that prevents him from driving from Grass Valley to Oakland on March 20, 2019 to attend the conference, the purpose of which is likely to discuss

the scheduling issues raised by Mr. Best's medical condition. As explained in the March 11, 2019 stipulation, Mr. Best remains willing to submit documentary evidence of his medical condition to the Court for *in camera* review.

Based upon his medical incapacity to drive and appear at the March 20, 2019 conference, counsel for Plaintiff, Zachary M. Best, hereby respectfully requests that he be permitted to appear telephonically by CourtCall at the conference. Plaintiff further advises that she has no objection to Defendant's request to appear telephonically at the conference which was likewise filed today by Defendant, Beverages & More, Inc. (Dkt. 67).

Dated: March 13, 2019            MOORE LAW FIRM, P.C.

  */s/ Zachary M. Best*
  Zachary M. Best
  Attorneys for Plaintiff,
  Francisca Moralez

## **ORDER**

Request having been made by Plaintiff to appear telephonically at the Further Case Management Conference and good cause appearing;

**IT IS HEREBY ORDERED** that counsel for Plaintiff shall appear telephonically at the Further Case Management Conference at 2:00 p.m. on March 20, 2019. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**.

Dated:  March 14, 2019            _____
                                  HAYWOOD S. GILLIAM, JR.
                                  United States District Judge